1000

No. 704. BORN v. OKLAHOMA. Court of Criminal Appeals of Oklahoma. Certiorari denied. *Fred A. Tillman, Bill Heskett* and *Jack D. Heskett* for petitioner.

No. 707. ALASKA AGGREGATE CORP. v. BEELER. C. A. 9th Cir. Certiorari denied. *Floyd A. Fredrickson* for petitioner.

No. 709. WITTICH MEMORIAL CHURCH v. RICHTERBERG. C. A. 10th Cir. Certiorari denied. *Leslie L. Conner, James M. Little* and *Grester Lamar* for petitioner.

No. 712. UNITED STATES v. BOSSIER PARISH SCHOOL BOARD ET AL. C. A. 5th Cir. Certiorari denied. *Solicitor General Cox* for the United States.

No. 716. INDUSTRIAL INSTRUMENT CORP. v. FOXBORO Co. C. A. 5th Cir. Certiorari denied. *Joe E. Edwards* and *J. Vincent Martin* for petitioner. *Edward G. Curtis* and *Daniel L. Morris* for respondent.

No. 717. LEWES DAIRY, INC. v. FREEMAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 3d Cir. Certiorari denied. *James M. Tunnell, Jr.,* and *Andrew B. Kirkpatrick, Jr.;* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Richard S. Salzman* for respondents.

No. 719. EDWARDS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioners *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.